IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARTIQUE KING,                          )
                                        )
    Plaintiff,                          )
                                        )
v.                                      )   CASE NO. CV411-187
                                        )
SHERIFF AL ST. LAWRENCE, Chatham        )
County Jail,                            )
                                        )
    Defendant.                          )
                                        )

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of November 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA