**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF GEORGIA** 2011 NOV 30 AM 10: 37
**SAVANNAH DIVISION**



| | |
|---|---|
| MARTIQUE KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. CV411-187 |
| | ) |
| SHERIFF AL ST. LAWRENCE, Chatham | ) |
| County Jail, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this _30th_ day of November 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA